In the Matter of CHRIS HYNES, Appellant, v ROY GIRDICH, as Superintendent of Upstate Correctional Facility, et al., Respondents.

Submitted March 21, 2005; decided May 3, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

MARTIN GOLDMAN, LLC, Respondent, v YONKERS INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants.

Submitted March 21, 2005; decided May 3, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).